# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: ZAHID CHAUDHRI  
      8218 MILDRED ROAD         SSN-xxx-xx-9898  
      MACHESNEY PARK, IL 61115

Case Number: 06-70629

Case filed on: 4/13/2006  
Plan Confirmed on: 6/23/2006

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $15,624.66     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | LAW OFFICES OF CROSBY & ASSOCIATES | 3,200.00 | 3,200.00 | 1,700.00 | 0.00 |
|  | Total Legal | 3,200.00 | 3,200.00 | 1,700.00 | 0.00 |
| 999 | ZAHID CHAUDHRI | 0.00 | 0.00 | 26.83 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 26.83 | 0.00 |
| 001 | GMAC MORTGAGE CORPORATION | 10,084.59 | 10,084.59 | 10,084.59 | 0.00 |
| 002 | MEMBERS ALLIANCE CR UN | 1,194.74 | 1,194.74 | 1,194.74 | 128.12 |
| 003 | WORLD FINANCIAL NETWORK NATIONAL BANK | 494.19 | 384.00 | 384.00 | 0.00 |
|  | Total Secured | 11,773.52 | 11,663.33 | 11,663.33 | 128.12 |
| 003 | WORLD FINANCIAL NETWORK NATIONAL BANK | 0.00 | 110.19 | 110.19 | 0.00 |
| 004 | AMERICAN GENERAL FINAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | WELLS FARGO FINANCIAL | 991.67 | 991.67 | 991.67 | 0.00 |
| 006 | B-LINE LLC | 118.75 | 118.75 | 118.75 | 0.00 |
|  | Total Unsecured | 1,110.42 | 1,220.61 | 1,220.61 | 0.00 |
|  | Grand Total: | 16,083.94 | 16,083.94 | 14,610.77 | 128.12 |

Total Paid Claimant:     $14,738.89  
Trustee Allowance:       $885.77  
Percent Paid Unsecured:   100.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

    /s/ Lydia S. Meyer  
    Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on 01/29/2008     By /s/Heather M. Fagan